

# CERTIFICATE OF MERIT

This hereby states that

**ROBERTO LOPEZ**

has successfully completed the art course

"CAD-MAKING"

ON May 4, 2000

given at MDC's Recreation Department
Guaynabo, Puerto Rico

David Ortiz
Supervisor of Education

Ruth Rosado Febus
Arts & Craft Instructor

Juan J. Gutiérrez
Recreation Specialist

Víctor Colón
Recreation Specialist