

# RECOGNITION AWARD

### PRESENTED TO

## *ROBERTO LOPEZ-MORALES*

### FOR SUCCESSFUL COMPLETION OF REINTERGRATING INTO THE FAMILY



DATE: 3/24/07