# Certificate of Recognition

**PSYCHOLOGY SERVICES**

We hereby present

## LOPEZ-MORALES, ROBERTO

with this certificate acknowledging your achievement and contribution

as a participant of the
**"LIFE WITHOUT A CRUTCH"**

Awarded on this ___19th___ day of ___NOVEMBER___ 19___2000___

_M. L. Hubert, Ph.D._
Mary Lou Rubert DAP Coordinator

_Marcel Ramos_
Marcel Ramos, CM & Dr. Mary Lou Rubert DAP Coordinator

AC 302