

*Certificate of Achievement*

awarded to:

*Loher-Morales, Roberto*

*19034-069*

For Successfully Completing

FCI McKean's Residential Drug Abuse Program

On this date, 02-01-2004

Scott Eckert
Drug Treatment Specialist

Suzanne M. House, Ph.D.
DAP Coordinator