**La Rosa Auto Import**
**Aguada, Puerto Rico**

_____

23 de enero de 2008

Corte Federal en Puerto Rico
Hato Rey, Puerto Rico

Señores:

     Por medio de la presente hago constar que conocemos al Sr. Roberto López Morales por alerededor de 10 años. El Sr. López y nuestra empresa han hecho negocio de compra y venta de vehículos los último 3 años.

     Si necesita mayor información puede comunicarse a con nosotros a nuestros teléfonos.

Atentamente,

Javier Celso

787-202-3790