

# APH AUTO SALES

16 ENERO DEL 2008

A QUIEN CORRESPONDA:

YO ALEXANDER PEREZ, DUENO DE APH AUTO SALES INC EN QUEBRADILLAS CERTIFICO QUE CONOSCO A ROBERTO LOPEZ Y QUE EN LOS PASADOS 3 AÑOS NOS DEDICAMOS A LA COMPRA Y VENTA DE VEHICULOS, CUALQUIER DUDA RESPETOA ESTE FAVOR DE COMUNICARSE A MI PERSONA AL 787-895-8762

ATTENTAMENTE,



ALEXANDER PEREZ, PROPIETARIO



CARR #2 KM 100.0 BO CACAO
QUEBRADILLAS PR 00678