Exhibit 12

## Declaración Jurada

Yo, Jazmín Cabán Rodríguez, mayor de edad, soltera, ama de casa, vecina y residente de Aguadilla, Puerto Rico, bajo el más formal juramento declaro:

1. Que mi nombre y demás circunstancias personales son las anteriormente indicadas.

2. Que de una relación consensual con el Sr. Roberto López Morales fueron procreados mis dos hijos de nombre Sheilyn I. y Roberto de apellidos López-Cabán.

3. Que mi hija Sheilyn I. López Cabán tiene 16 años de edad, estudia en la escuela Benito Cerezo de Aguadilla. Roberto J. López Cabán tiene 15 años y estudia en la escuela José de Diego de Aguadilla.

4. Que el padre de mis hijos Roberto López Morales es buen proveedor ya que los ayuda con los gastos escolares, les provee alimentos y tiene contacto con ellos diariamente. Las relaciones paternofiliales son buenas y saludables.

5. Que mis hijos antes mencionados también se relacionan con sus abuelos paternos de nombre Justina Morales y Samuel López, los cuales los ayudan a cuidar luego de la escuela.

6. Que lo declarado es la verdad y nada más que la verdad y así lo juro.

En Aguadilla, Puerto Rico hoy 22 de enero de 2008

_Jazmín Cabán Rodríguez_
Jazmín Cabán Rodríguez, Declarante
Licencia de conducir número 4568132

Affidávit Núm. 4177

Jurado y suscrita ante mí por Jazmín Cabán Rodríguez, de las circunstancias personales anteriormente indicadas a quien doy fe de haber identificado por los medios supletorios establecidos en la vigente ley notarial. En Aguadilla, Puerto Rico hoy 22 de enero de 2008.



Notario Público